Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>           Plaintiff,<br><br>      vs.<br><br>GEORGE PIMENTEL, aka JORGE PIMENTEL, individually and dba MICHOACAN MEAT MARKET/CARNICERIA MICHOACAN, et al.,<br><br>           Defendants. | No.  1:13-cv-00903-LJO-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ELISA PIMENTEL ONLY; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed **without prejudice as to Defendant Elisa Pimentel only** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 17, 2013                                                     MOORE LAW FIRM, P.C.


                                                                                        */s/ Tanya E. Moore*
                                                                                        Tanya E. Moore
                                                                                        Attorneys for Plaintiff
                                                                                        Natividad Gutierrez

*Gutierrez v. Pimentel, et al.*
Notice of Voluntary Dismissal Without Prejudice As to Defendant Elisa Pimentel Only; [Proposed] Order

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed <u>without prejudice</u> as to Defendant Elisa Pimentel <u>only</u>.  The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **July 17, 2013**                              **/s/ Lawrence J. O'Neill**
                                                                            UNITED STATES DISTRICT JUDGE

*Gutierrez v. Pimentel, et al.*
Notice of Voluntary Dismissal Without Prejudice As to Defendant Elisa Pimentel Only; [Proposed] Order

Page 2