1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile:  (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GEORGE PIMENTEL, aka JORGE PIMENTEL, individually and dba MICHOACAN MEAT MARKET/CARNICERIA MICHOACAN, et al.,<br><br>　　　　Defendants. | No.   1:13-cv-00903-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants George Pimentel, aka Jorge Pimentel, individually and dba Michoacan Meat Market/Carniceria Michoacan, and Rafael Pimentel, the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: December 4, 2013         MOORE LAW FIRM, P.C.


                                */s/ Tanya E. Moore*
                                Tanya E. Moore
                                Attorney for Plaintiff
                                Natividad Gutierrez


Dated: December 6, 2013         */s/ Joel M. Murrillo*
                                Joel M. Murillo
                                Attorneys for Defendants
                                George Pimentel, aka Jorge Pimentel,
                                individually and dba Michoacan Meat
                                Market/Carniceria Michoacan, and
                                Rafael Pimentel

## **ORDER**

Pursuant to the joint stipulation of dismissal filed on December 11, 2013, this action is DISMISSED with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and court costs. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

   Dated:   **December 12, 2013**            /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE